_____

No. 96-2696
_____

Jeffery D. Stevens,                    *
                                       *
          Appellant,                   *
                                       *
     v.                                *  Appeal from the United States
                                       *  District Court for the
Sally Chandler-Halford; Dudley         *  Southern District of Iowa.
Allison; David Scurr; Bernard          *        [UNPUBLISHED]
Eaves,                                 *
                                       *
          Appellees.                   *

_____

                    Submitted: October 10, 1996

                      Filed: October 21, 1996
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Jeffery Stevens, an Iowa inmate, appeals the district court's[1]
dismissal of his 42 U.S.C. § 1983 action for failure to state a claim.  The
district court correctly based the dismissal upon our recent decision in
Mahers v. Halford, 76 F.3d 951 (8th Cir. 1996), and thus we affirm without
further discussion.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles R. Wolle, Chief Judge, United States
District Court for the Southern District of Iowa.